**SCHUMANN | ROSENBERG**
ERIC AREVALO (CSB No. 255725)
*Arevalo@SchumannRosenberg.com*
CINNAMON CARR (CSB No. 289904)
Carr@SchumannRosenberg.com
3100 Bristol Street, Suite 100
Costa Mesa, CA 92626
Telephone: (714) 850-0210
Facsimile: (714) 850-0551

Attorneys for Defendant,
CALIFORNIA LAND MANAGEMENT SERVICE CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ELIZABETH HYLTON, an individual,

Plaintiff,

v.

UNITED STATES OF AMERICA; U.S. FOREST SERVICE; U.S. DEPARTMENT OF AGRICULTURE; CALIFORNIA LAND MANAGEMENT SERVICES CORPORATION, a California Corporation; G.C. FOREST PRODUCTS, INC., a California corporation; and DOES 1 through 20 inclusive,

Defendants.

CASE No. 2:19-cv-00479-KJM-DMC

**JOINT STIPULATION TO EXTEND DEFENDANT, CALIFORNIA LAND MANAGEMENT SERVICE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a); ORDER**

Complaint Filed: March 17, 2019

IT IS HEREBY STIPULATED by and between Plaintiff, ELIZABETH HYLTON (“Plaintiff”) and Defendant CALIFORNIA LAND MANAGEMENT SERVICE CORPORATION (“Defendant CLM”), through their respective attorneys of record, as follows:

WHEREAS, Plaintiffs filed their Complaint on March 17, 2019;

WHEREAS, Plaintiffs served the Summons and Complaint on Defendant on March 22, 2019;

WHEREAS, Plaintiff and Defendant previously Stipulated to a twenty-eight

(28) day extension to file a responsive pleading without a Court Order, permitted under Eastern District Local Rule 144(a). (Dkt. No. 6.)

WHEREAS, Plaintiff and Defendant CLM previously Stipulated to a two-week (14) day extension. Currently, Defendant CLM's responsive pleading is due on May 24, 2019. (Dkt. Nos. 9 and 10.)

WHEREAS, Plaintiff and Defendant CLM are still in the process of meeting and conferring prior to potentially filing a 12(b)(6) Motion to Dismiss.

WHEREAS, Plaintiff and Defendant CLM desire additional time to complete the meet and confer process prior to Defendant filing a responsive pleading;

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, PLAINTIFF AND DEFENDANT CLM STIPULATE THAT:**

1. Defendant CLM is granted a two-week extension to file its pleading in response to the Complaint on file. Defendant CLM's responsive pleading due date is extended from May 24, 2019 to June 7, 2019.

DATED: May 23, 2019

**SCHUMANN | ROSENBERG**

By: /s/ Cinnamon J. Carr
Eric Arevalo, Esq.
Cinnamon Carr, Esq.
Attorneys for Defendant:
CALIFORNIA LAND MANAGEMENT SERVICE CORPORATION

2

JOINT STIPULATION TO EXTEND DEFENDANT, CALIFORNIA LAND MANAGEMENT SERVICE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)

DATED: May 23, 2019

**GRANITE PEAK LAW, PLLC**

By: /s/ Adam H. Owens

Adam H. Owens, Esq.
GRANITE PEAK LAW, PL
Attorneys for Plaintiff:
ELIZABETH HYLTON

3

**JOINT STIPULATION TO EXTEND DEFENDANT, CALIFORNIA LAND MANAGEMENT SERVICE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)**

# ORDER

**IT IS HEREBY ORDERED** based upon the Parties' above Stipulation, and good cause appearing therefore, that:

1. A two-week extension to file its pleading in response to the Complaint on file. Defendant CLM's responsive pleading is due June 7, 2019.

**IT IS SO ORDERED.**

DATED: May 31, 2019.

UNITED STATES DISTRICT JUDGE

4

**JOINT STIPULATION TO EXTEND DEFENDANT, CALIFORNIA LAND MANAGEMENT SERVICE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)**