# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HYLTON, | No. 2:19-CV-0479-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil. Pending before the court is defendant's motion to dismiss (ECF No. 16), set for hearing before the District Judge on July 12, 2019. On the court's own motion, the scheduling conference set for hearing before the undersigned on July 12, 2019, is vacated pending the District Judge's resolution of defendant's motion.

IT IS SO ORDERED.

Dated: June 18, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1