1    McGREGOR W. SCOTT
     United States Attorney
2    KELLI L. TAYLOR
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Telephone: (916) 554-2700
     Facsimile: (916) 554-2900
5
     Attorneys for the United States
6
                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8
9
     ELIZABETH HYLTON, an individual,        CASE NO. 2:19-CV-00479-KJM-DMC
10
                        Plaintiff,            STIPULATED REQUEST AND ORDER FOR
11                                            EXTENSION OF TIME FOR THE FEDERAL
              v.                              DEFENDANTS TO RESPOND TO PLAINTIFF'S
12                                            COMPLAINT
     UNITED STATES OF AMERICA; U.S.
13   FOREST SERVICE; U.S. DEPARTMENT OF
     AGRICULTURE; CALIFORNIA LAND
14   MANAGEMENT SERVICES
     CORPORATION, A CALIFORNIA
15   CORPORATION; G.C. FOREST PRODUCTS,
     INC., A CALIFORNIA CORPORATION;
16   AND DOES 1 THROUGH 20 INCLUSIVE,
17                      Defendant.
18
19        Counsel for Plaintiff and the United States hereby stipulate, and request that this Court grant, the

20   Federal Defendants an extension of time until and including July 19, 2019, to file a responsive pleading

21   to the Complaint Plaintiff filed herein. Good cause exists for this extension of time so that: (1) co-

22   defendant California Land Management Services Corp.'s Motion to Dismiss can be resolved, (2) the

23   United States and California Land Management Services Corp. have additional time to discuss the

24   indemnification provision in the special use permit, (3) Plaintiff can dismiss the Forest Service and the

25   U.S. Department of Agriculture from this action as the United States is the only proper Federal

26   Defendant for a suit under the Federal Tort Claims Act, and (4) Plaintiff can make a demand and

27   evaluate potential resolution of this matter with all defendants.

28

     Stipulation and Order for EOT for U.S. to Respond to P's Complaint
     *Hylton v. U.S. et al.,* 2:19-cv-00479-KJM-DMC                                          1

1  IT IS SO STIPULATED.

2  DATED: June 20, 2019                          GRANITE PEAK LAW, PLLC

3                                    By:      */s/ Adam H. Owens* (authorized 6/20/19)
                                              ADAM H. OWENS
4                                             Attorneys for Plaintiff

5  DATED:  June 20, 2019                        McGREGOR W. SCOTT
                                                United States Attorney
6
                                   By:      */s/ Kelli L. Taylor*
7                                             KELLI L. TAYLOR
                                              Assistant U.S. Attorney
8                                             Attorneys for the United States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 McGREGOR W. SCOTT
United States Attorney
2 KELLI L. TAYLOR
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
Attorneys for the United States
6

7 IN THE UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 ELIZABETH HYLTON, an individual, | CASE NO. 2:19-CV-00479-KJM-DMC |
| 11 Plaintiff, | ORDER GRANTING STIPULATED REQUEST FOR FEDERAL DEFENDANTS TO HAVE UNTIL |
| 12 v. | JULY 19, 2019 TO RESPOND TO PLAINTIFF'S COMPLAINT |
| 13 UNITED STATES OF AMERICA; U.S. FOREST SERVICE; U.S. DEPARTMENT OF | |
| 14 AGRICULTURE; CALIFORNIA LAND MANAGEMENT SERVICES | |
| 15 CORPORATION, A CALIFORNIA CORPORATION; G.C. FOREST PRODUCTS, | |
| 16 INC., A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 20 INCLUSIVE, | |
| 17 Defendant. | |
| 18 | |

19      This Court, having considered the stipulated request, finds that good cause exists to extend the

20 Federal defendants time to respond to plaintiff's complaint and therefore orders:

21      1.      Federal Defendants shall have until and including July 19, 2019, to file a responsive

22           pleading to the Complaint Plaintiff filed herein.

23      2.      The previously vacated Pretrial Scheduling Conference shall be reset upon resolution of

24           defendant California Land Management Services Corporation's motion to dismiss.

25      IT IS SO ORDERED.

26 DATED: June 25, 2019.

27 _____
UNITED STATES DISTRICT JUDGE
28

Stipulation and Order for EOT for U.S. to Respond to P's Complaint
*Hylton v. U.S. et al.,* 2:19-cv-00479-KJM-DMC                                    3