| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>    United States Attorney<br>2  KELLI L. TAYLOR<br>    Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>    Sacramento, CA  95814<br>4  Telephone: (916) 554-2700<br>    Facsimile: (916) 554-2900<br>5<br>    Attorneys for the United States<br>6 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HYLTON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA AND G.C. FOREST PRODUCTS, INC., A CALIFORNIA CORPORATION;<br><br>    Defendants. | CASE NO.  2:19-CV-00479-KJM-DMC<br><br>ORDER EXTENSION OF TIME FOR CALIFORNIA LAND MANAGEMENT SERVICES CORPORATION TO RESPOND TO THE UNITED STATES' THIRD PARTY COMPLAINT |
| UNITED STATES OF AMERICA,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>CALIFORNIA LAND MANAGEMENT SERVICES CORPORATION,<br><br>    Third-Party Defendant. | |

This Court, having considered the stipulated request, finds that good cause exists to extend California Land Management Corp.'s ("CLM") time to file a responsive pleading to the United States' Third Party Complaint and therefore orders that CLM shall have until and including October 18, 2019, to file a responsive pleading to the United States' Third Party Complaint filed herein.

///

///

*Hylton v. U.S., et al.,* 2:19-cv-00479-KJM-DMC
Order on Stipulated EOT for CLM to Respond to the Third-Party Complaint                                    1

IT IS SO ORDERED.

DATED: September 9, 2019

_____
UNITED STATES DISTRICT JUDGE