# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HYLTON, | No. 2:19-CV-0479-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil. The matter was referred to the undersigned to conduct the initial scheduling conference. See ECF No. 4 (minute order). Good cause appearing therefor, the matter is set for a scheduling conference before the undersigned in Sacramento, California, on December 13, 2019, at 1:30 p.m., in Courtroom 4. The parties shall file a joint scheduling conference statement consistent with the court's March 8, 2019, order no later than December 6, 2019.

IT IS SO ORDERED.

Dated: October 29, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1