# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HYLTON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants.<br><hr><br>UNITED STATES OF AMERICA,<br><br>        Third-Party Plaintiff,<br><br>    v.<br><br>CALIFORNIA LAND MANAGEMENT SERVICES CORPORATION,<br><br>        Third-Party Defendant. | No. 2:19-CV-0479-KJM-DMC<br><br><br><br>ORDER |

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Plaintiff, who is proceeding with retained counsel, brings this civil. On the court's own motion, the scheduling conference set for hearing before the undersigned on December 13, 2019, in Sacramento, California, is vacated pending further order on the parties' Stipulation and Order for Bifurcation et al. .

IT IS SO ORDERED.

Dated: December 10, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE