1 McGREGOR W. SCOTT
United States Attorney
2 KELLI L. TAYLOR
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HYLTON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA AND G.C. FOREST PRODUCTS, INC., A CALIFORNIA CORPORATION;<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>CALIFORNIA LAND MANAGEMENT SERVICES CORPORATION,<br><br>    Third-Party Defendant. | CASE NO. 2:19-CV-00479-KJM-DMC<br><br>ORDER ON STIPULATION TO BIFURCATE AND STAY THE UNITED STATES' THIRD PARTY COMPLAINT AGAINST CALIFORNIA LAND MANAGEMENT SERVICES CORPORATION |

This Court, having considered the stipulated request, finds that good cause exists to adopt the stipulation and grant the request to bifurcate, stay, and try separately, if necessary, the United States' Third Party Complaint after Plaintiff's case has been finally completed.

IT IS SO ORDERED.

DATED: February 24, 2020 (Nunc pro tunc to 12/10/19).

_____
CHIEF UNITED STATES DISTRICT JUDGE