IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HYLTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-0479-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter was referred to the undersigned to conduct the initial scheduling conference. See ECF No. 4 (minute order). Good cause appearing therefor, the matter is set for a scheduling conference before the undersigned in Sacramento, California, on April 17, 2020, at 9:30 a.m., in Courtroom 10. The parties shall file a joint scheduling conference statement consistent with the court's March 8, 2019, order no later than April 10, 2020.

　　　　IT IS SO ORDERED.

Dated: February 27, 2020

　　　　　　　　　　　　　　　　　　　　/s/ signature
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE