IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HYLTON, | No. 2:19-CV-0479-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |
| | |
| UNITED STATES OF AMERICA, | |
| Third-Party Plaintiff, | |
| v. | |
| CALIFORNIA LAND MANAGEMENT SERVICES CORPORATION, | |
| Third-Party Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On February 25, 2020, the District Judge approved the parties' stipulated request to bifurcate, stay, and try separately, if necessary, the third-party action after plaintiff's case has been fully completed. See ECF No. 40. Upon consideration of the joint status report filed on April 9, 2020,

///

1

1  see ECF No. 43, and good cause appearing therefor, the Court will, by this order, set an initial
2  schedule for plaintiff's action pursuant to Federal Rule of Civil Procedure 16(b).

        1.     The parties shall make initial disclosures consistent with the requirements outlined in Federal Rule of Civil Procedure 26(a)(1) and (f) on or before June 12, 2020;

        2.     Non-expert discovery shall be completed, and all motions pertaining to non-expert discovery shall be noticed to be heard, by March 9, 2021;

        3.     The parties shall exchange lists of liability expert witnesses on or before the following deadlines:

| Date | Disclosure |
|---|---|
| April 16, 2021 | Disclosure of liability expert witnesses. |
| May 21, 2021 | Disclosure of liability rebuttal expert witnesses. |

Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

        4.     Liability expert discovery shall be completed, and all motions pertaining to liability expert discovery shall be noticed to be heard, by July 23, 2021;

        5.     Dispositive motions relating to jurisdiction and/or liability shall be noticed to be heard by August 20, 2021;

        6.     The parties shall exchange lists of damages expert witnesses on or before the following deadlines:

| Date | Disclosure |
|---|---|
| December 17, 2021 | Disclosure of damages expert witnesses. |
| January 28, 2022 | Disclosure of damages rebuttal expert witnesses. |

Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

7. Damages expert discovery shall be completed, and all motions pertaining to liability expert discovery shall be noticed to be heard, by March 25, 2022; and

8. The final pre-trial conference and trial dates will be set by separate order issued, if necessary, upon completion of the schedule outlined above.

IT IS SO ORDERED.

Dated: May 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE