**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH HYLTON, | No. 2:19-CV-0479-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Third-Party Plaintiff, | |
| v. | |
| CALIFORNIA LAND MANGEMENT SERVICES CORPORATION, | |
| Third-Party Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Plaintiff, who is proceeding with retained counsel, brings this civil action.
2  Defendant and Third-Party Plaintiff the United States of America has noticed a motion to compel
3  discovery responses for a hearing before the undersigned on March 3, 2021. See ECF No. 48.
4  Due to a conflict in the Court's schedule, the hearing is continued to March 9, 2021, at 2:00 p.m.,
5  in Redding, California. The parties shall appear telephonically through CourtCall.
6  IT IS SO ORDERED.

Dated: February 17, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE