McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELIZABETH HYLTON, an individual,

                                    Plaintiff,

                    v.

UNITED STATES OF AMERICA,

                                    Defendant.

CASE NO.  2:19-CV-00479-KJM-DMC

ORDER TO MODIFY THE SCHEDULING ORDER BY EXTENDING SPECIFIED DEADLINES BY APPROXIMATELY 60 DAYS

        Based on the parties' stipulation and good cause appearing, the Court hereby extends the following

original deadlines in this case (ECF 44) as set forth below:

| Events | Original Deadlines (ECF 44) | New Deadlines |
|---|---|---|
| Last Day to Completion Non-Expert Discovery | March 9, 2021 | May 13, 2021 |
| Last Day to File Discovery Motions | January 13, 2021 | April 2, 2021 |
| Disclosure Liability Experts | April 16, 2021 | June 11, 2021 |
| Disclosure Supplemental/Rebuttal Liability Experts | May 21, 2021 | July 16, 2021 |
| Last Day to Complete Liability Expert Discovery | July 23, 2021 | August 20, 2021 |
| Last Day to File Dispositive Motions Based on Liability Issues | July 23, 2021 | September 3, 2021 |

1   This Order does not change any other deadlines in the Court's original scheduling order, including

2   damage expert disclosures and discovery, including conducting an Independent Medical Examination.

3   **IT IS SO ORDERED.**

4

5   Dated:  February 25, 2021

6                                                              DENNIS M. COTA
                                                               UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28