1  McGREGOR W. SCOTT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for United States
7
8               IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ELIZABETH HYLTON, an individual,<br><br>                Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO.  2:19-CV-00479-KJM-DMC<br><br>ORDER FOR MEDICAL EXAMINATIONS PER FEDERAL RULE OF CIVIL PROCEDURE 35 |

Based on the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Elizabeth Hylton shall submit to a Medical Examination by Neurosurgeon Bruce McCormack, M.D. on October 8, 2021, starting at 10:00 a.m., or another time agreed to by counsel, followed by an exam by Physiatrist, Michael Hembd, M.D. approximately ninety minutes later at a location to be determined in Reno, NV.  The examination, including the history taking portion, may be video recorded at the United States' expense and the United States will instruct the videographer to provide copies within ten days to both the United States and Plaintiff's counsel.  Counsel can send a representative from their office to attend the history taking and physical examinations via zoom, if desired.

**IT IS SO ORDERED.**

Dated:  February 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE