1  PHILIP A. TALBERT
   Acting United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States

7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ELIZABETH HYLTON, an individual,<br><br>                            Plaintiff,<br><br>                    v.<br><br>UNITED STATES OF AMERICA,<br><br>                            Defendant. | CASE NO.  2:19-CV-00479-KJM-DMC<br><br>ORDER TO MODIFY THE SCHEDULING ORDER BY EXTENDING SPECIFIED DEADLINES BY APPROXIMATELY 60 DAYS |

     Based on the parties' stipulation and good cause appearing, the Court hereby extends the following original deadlines in this case (ECF 44, 53) as set forth below:

| Events | Current Deadlines | New Deadlines |
|---|---|---|
| Last Day to Completion Non-Expert Discovery | May 13, 2021 | July 16, 2021 |
| Last Day to File Discovery Motions | April 2, 2021 | June 12, 2021 |
| Disclosure Liability Experts | June 11, 2021 | August 13, 2021 |
| Disclosure Supplemental/Rebuttal Liability Experts | July 16, 2021 | September 17, 2021 |
| Last Day to Complete Liability Expert Discovery | August 20, 2021 | October 19, 2021 |
| Last Day to File Dispositive Motions Based on Liability Issues | September 23, 2021 | November 19, 2021 |

This Order does not change any other deadlines in the Court's original Scheduling Order, including damage expert disclosures and discovery, including conducting an Independent Medical Examination.

**IT IS SO ORDERED.**

**Dated:  April 12, 2021**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE